993 A.2d 868

**In re Nomination Petition of Kathleen DAHLKEMPER for the Democratic Nomination for U.S. Representative from the 3rd Congressional District.**

**Appeal of Mel M. Marin.**

Supreme Court of Pennsylvania.

April 12, 2010.

Mel M. Marin for Mel M. Marin.

Clifford B. Levine, Shawn N. Gallagher, Thorp Reed & Armstrong, LLP, Pittsburgh, for Kathleen Dahlkemper.

658

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of May, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.** Appellant's Notice of and Motion to Proceed *In Forma Pauperis* and Waive Filing Fees for Appeal is **GRANTED.** Appellant's Notice of and Motion for Judicial Notice or for Leave for Post–Submission Communication, treated as an Application for Leave to File Post–Submission Communication, is denied as **MOOT.**

Jurisdiction relinquished.